IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MICHAEL UMSCHEID, | ) | CV 18-00414 LEK-WRP |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER ADOPTING |
| vs. | ) | MAGISTRATE JUDGE'S |
| | ) | FINDINGS AND |
| MARRIOTT HOTEL SERVICES, | ) | RECOMMENDATION |
| INC. dba WAILEA BEACH | ) | |
| MARRIOTT RESORT & SPA, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on October 14, 2020, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Grant Defendant Marriott Hotel Services, Inc. dba Wailea Beach Marriott Resort & Spa's Petition for Determination of Good Faith Settlement and Joinders Thereto", ECF No. 117, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, November 4, 2020.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**MICHAEL UMSCHEID VS. MARRIOTT HOTEL SERVICES, INC., ET AL.; CV 18-00414 LEK-WRP; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**